**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| R2 Solutions LLC, | Civil Action No. 6:21-cv-552-ADA |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| iHeartMedia, Inc., | |
| Defendant. | |

**<u>ORDER OF DISMISSAL</u>**

Before the Court is the Agreed Stipulation of Dismissal of Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant iHeartMedia, Inc. ("iHeartMedia") pertaining to the above-captioned action. Having considered the Stipulation, which the Court accepts and acknowledges, and finding that good cause exists for granting it, the Court is of the opinion that the Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that all claims in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

SIGNED this 21st day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE